CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 2 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT CLAYTON CAUDELL, | ) | Civil Action No. 7:04CV00557 |
| Plaintiff, | ) | 7:04CV00558 |
| v. | ) | **ORDER** |
| COUNSELOR ROSE, et. al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

For the reasons stated in a Memorandum Opinion filed this day,

1. The Report and Recommendation of the magistrate judge is hereby ADOPTED;

2. Defendants' motion for summary judgment is GRANTED as to all defendants and all claims; and

3. The Clerk is ORDERED to strike these cases from the active docket of the court.

The Clerk is directed to send copies of this Order and the attached Memorandum Opinion to plaintiff and all counsel of record.

ENTER: This 22<sup>d</sup> day of June, 2005.

/s/ Glen E. Conrad
United States District Judge